UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 05-2830 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>V.T. FALLON dba VTF PROPERTIES,<br><br>Defendant. | **ORDER TO TERMINATE CONSENT DECREE** |

Based upon all the pleadings and papers on file in this action and the Joint Motion to Terminate Consent Decree by the parties filed on February 10, 2011 (Doc. No. 6), **IT IS HEREBY ORDERED THAT** the Consent Decree entered by the Court on March 7, 2006 is terminated.

Dated: February 14, 2011

BY THE COURT:

s/Richard H. Kyle
The Honorable Richard H. Kyle
United States District Court
District of Minnesota